# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: CREGLOW, KEITH § Case No. 12-44958-BWB
   CREGLOW, CAROL § 
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL 60604

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 06/07/2013 in Courtroom    , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 04/29/2013        By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CREGLOW, KEITH § Case No. 12-44958-BWB
CREGLOW, CAROL §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 8,741.43

*and approved disbursements of* $ 21.72

*leaving a balance on hand of* [1] $ 8,719.71

**Balance on hand:** $ 8,719.71

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,719.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,624.14 | 0.00 | 1,624.14 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 570.00 | 0.00 | 570.00 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 19.70 | 0.00 | 19.70 |
| Accountant for Trustee, Fees - Alan D. Lasko | 800.00 | 0.00 | 800.00 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 13.65 | 0.00 | 13.65 |

Total to be paid for chapter 7 administration expenses: $ 3,027.49
Remaining balance: $ 5,692.22

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,692.22 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,692.22 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,239.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | 11,726.39 | 0.00 | 1,841.90 |
| 2 | Capital One, N.A. | 124.21 | 0.00 | 19.51 |
| 3 | FIA CARD SERVICES, N.A. | 3,171.50 | 0.00 | 498.16 |
| 4 | CERASTES, LLC | 3,382.00 | 0.00 | 531.22 |
| 5 | American Express Centurion Bank | 3,821.45 | 0.00 | 600.25 |
| 6 | American Express Centurion Bank | 981.67 | 0.00 | 154.19 |
| 7 | eCAST Settlement Corporation, assignee | 13,032.10 | 0.00 | 2,046.99 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,692.22 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $    0.00
Remaining balance:    $    0.00

Prepared By:   /s/THOMAS B. SULLIVAN, TRUSTEE
                            Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 12-44958-BWB
Keith D. Creglow                                                    Chapter 7
Carol J. Creglow
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                  Page 1 of 2                  Date Rcvd: Apr 30, 2013
                               Form ID: pdf006              Total Noticed: 24
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2013.
db/jdb       +Keith D. Creglow,   Carol J. Creglow,   723 Bellevue Circle,   Oswego, IL 60543-6046
aty          +Innovalaw PC,   1900 Ravinia Place,   Orland Park, IL 60462-3760
19686787      American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
20137879      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19686788      Bank of America,   Attn: Billing Inquiries,   P.O. Box 982235,   El Paso, TX 79998-2235
19686789      Best Buy/HSBC Retail Services,   P.O. Box 5893,   Carol Stream, IL 60197-5893
19949666      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19686790      Chase,   Attn: Bankruptcy Dept,   P.O. Box 15298,   Wilmington, DE 19850-5298
19686791      Coast to Coast/Barclay Card,   P.O. Box 13337,   Philadelphia, PA 19101-3337
20072945      FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19686792      Fifth Third Bank,   P.O. Box 740789,   Cincinnati, OH 45274-0789
19856034     +Fifth Third Bank,   9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
19686793      Fifth Third Bank Mastercard,   Customer Service MD 1MOC2G-4050,   38 Fountain Square Plaza,
              Cincinnati, OH 45263-0001
19686794      Firestone Complete Auto Care,   P.O. Box 80315,   Cleveland, OH 44181-0315
19686795      GM Flex/HSBC,   Customer Center,   P.O. Box 80082,   Salinas, CA 93912-0082
19686796      GM Platinum Mastercard,   Customer Center,   P.O. Box 80082,   Salinas, CA 93912-0082
19686797      HSBC Card Services,   P.O. Box 37281,   Baltimore, MD 21297-3281
19686798      KC Technology Consultants Inc,   723 Bellevue Circle,   Oswego, IL 60543-6046
19686800     +PNC Bank,   P.O. Box 3429,   Pittsburgh, PA 15230-3429
19686802      PNC Bank,   P.O. Box 856177,   Louisville, KY 40285-6177
19686803     +Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335
20192917      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
              New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20124343     +E-mail/Text: bncmail@w-legal.com May 01 2013 04:21:25     CERASTES, LLC,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
19686799      E-mail/Text: bnckohlsnotices@becket-lee.com May 01 2013 02:39:10     Kohl’s,   Bankruptcy Dept.,
              P.O. Box 3043,   Milwaukee, WI 53201-3043
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20137880*     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19686801*     PNC Bank,   P.O. Box 3429,   Pittsburgh, PA 15230-3429
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2013**          **Signature:**   /s/ Joseph Speetjens

```
District/off: 0752-1           User: wepps              Page 2 of 2            Date Rcvd: Apr 30, 2013
                               Form ID: pdf006          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2013 at the address(es) listed below:

```
          Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
           nb@wfactorlaw.com
          David E Grochocinski    on behalf of Trustee Thomas B Sullivan lawyers@innovalaw.com,
           lawyers@innovalaw.com
          Kathleen M. McGuire    on behalf of Trustee Thomas B Sullivan kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard G Larsen    on behalf of Joint Debtor Carol J. Creglow rlarsen@kleinstoddard.com,
           vmaurer@kleinstoddard.com
          Richard G Larsen    on behalf of Debtor Keith D. Creglow rlarsen@kleinstoddard.com,
           vmaurer@kleinstoddard.com
          Thomas B Sullivan    on behalf of Accountant   Alan D. Lasko & Associates, P.C.
           tsullivan@innovalaw.com, IL19@ecfcbis.com
          Thomas B Sullivan    tsullivan@innovalaw.com, IL19@ecfcbis.com
                                                                                             TOTAL: 8
```

Case 12-44958   Doc 30   Filed 04/30/13   Entered 05/03/13 00:07:09   Desc Imaged
Certificate of Notice   Page 7 of 7