**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CREGLOW, KEITH § Case No. 12-44958-BWB
      CREGLOW, CAROL § 
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $237,835.23    Assets Exempt: $49,389.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,281.92    Claims Discharged
        Without Payment: $29,957.40

Total Expenses of Administration: $2,459.51

---

    3) Total gross receipts of $8,741.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,741.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,049.21 | 2,459.51 | 2,459.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 36,239.32 | 36,239.32 | 6,281.92 |
| **TOTAL DISBURSEMENTS** | $0.00 | $39,288.53 | $38,698.83 | $8,741.43 |

    4) This case was originally filed under Chapter 7 on November 13, 2012. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/19/2013     By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BROKERAGE ACCOUNT | 1129-000 | 8,741.43 |
| **TOTAL GROSS RECEIPTS** | | **$8,741.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,624.14 | 1,624.14 | 1,624.14 |
| INNOVALAW, PC | 3110-000 | N/A | 570.00 | 0.00 | 0.00 |
| INNOVALAW, PC | 3120-000 | N/A | 19.70 | 0.00 | 0.00 |
| Alan D. Lasko | 3410-000 | N/A | 800.00 | 800.00 | 800.00 |
| Alan D. Lasko | 3420-000 | N/A | 13.65 | 13.65 | 13.65 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.72 | 11.72 | 11.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,049.21 | $2,459.51 | $2,459.51 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 7100-000 | N/A | 11,726.39 | 11,726.39 | 2,032.73 |
| 2 | Capital One, N.A. | 7100-000 | N/A | 124.21 | 124.21 | 21.53 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 3,171.50 | 3,171.50 | 549.76 |
| 4 | CERASTES, LLC | 7100-000 | N/A | 3,382.00 | 3,382.00 | 586.25 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 3,821.45 | 3,821.45 | 662.43 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 981.67 | 981.67 | 170.17 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 13,032.10 | 13,032.10 | 2,259.05 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $36,239.32 | $36,239.32 | $6,281.92 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-44958-BWB  
**Case Name:** CREGLOW, KEITH  
CREGLOW, CAROL  
**Period Ending:** 08/19/13

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 11/13/12 (c)  
**§341(a) Meeting Date:** 12/13/12  
**Claims Bar Date:** 03/19/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 723 BELLEVUE CIRCLE, OSWEGO, IL | 175,000.00 | 0.00 | | 0.00 | FA |
| 2 | LOT, HOT SPRINGS VILLAGE | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT/FIFTH THRID | 250.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING ACCOUNT/FIFTH THIRD BANK | 215.38 | 0.00 | | 0.00 | FA |
| 5 | CHECKING ACCOUNT/FIFTH THIRD BANK | 230.00 | 0.00 | | 0.00 | FA |
| 6 | BROKERAGE ACCOUNT | 11,000.00 | 7,923.51 | | 8,741.43 | FA |
| 7 | HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | WEDDING RINGS | 0.00 | 0.00 | | 0.00 | FA |
| 10 | MASS MUTUAL LIFE INS | 4,589.00 | 0.00 | | 0.00 | FA |
| 11 | IRA BROKERAGE | 4,370.86 | 0.00 | | 0.00 | FA |
| 12 | IRA/BOARD OF CHURCH EXTENSION | 15,136.58 | 0.00 | | 0.00 | FA |
| 13 | IRA BROKERAGE | 5,925.41 | 0.00 | | 0.00 | FA |
| 14 | 401 K PLAN | 18,000.00 | 0.00 | | 0.00 | FA |
| 15 | KC TECHNOLOGY CONSULTANT/STOCK | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 2006 CHEROLET hhr | 4,499.00 | 0.00 | | 0.00 | FA |
| 17 | 2007 SATURN RELAY VAN | 5,119.00 | 0.00 | | 0.00 | FA |
| 18 | HAND TOOLS | 1,000.00 | 0.00 | | 0.00 | FA |
| **18** | **Assets Totals** (Excluding unknown values) | **$248,835.23** | **$7,923.51** | | **$8,741.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

PROCEEDS FROM LIQUIDATION OF BROKERAGE ACCOUNT RECEIVED; ACCOUNTING EMPLOYED

**Initial Projected Date Of Final Report (TFR):** December 30, 2013  **Current Projected Date Of Final Report (TFR):** April 29, 2013 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-44958-BWB  
**Case Name:** CREGLOW, KEITH  
CREGLOW, CAROL  
**Taxpayer ID #:** **-***6556  
**Period Ending:** 08/19/13  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****919466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/22/13 | {6} | KEITH CREGLOW | LIQUIDATION OF BROKERAGE ACCOUNT | 1129-000 | 8,741.43 | | 8,741.43 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,731.43 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.72 | 8,719.71 |
| 06/21/13 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,624.14, Trustee Compensation; Reference: | 2100-000 | | 1,624.14 | 7,095.57 |
| 06/21/13 | 102 | Alan D. Lasko | Dividend paid 100.00% on $800.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 800.00 | 6,295.57 |
| 06/21/13 | 103 | Alan D. Lasko | Dividend paid 100.00% on $13.65, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 13.65 | 6,281.92 |
| 06/21/13 | 104 | Fifth Third Bank | Dividend paid 17.33% on $11,726.39; Claim# 1; Filed: $11,726.39; Reference: | 7100-000 | | 2,032.73 | 4,249.19 |
| 06/21/13 | 105 | Capital One, N.A. | Dividend paid 17.33% on $124.21; Claim# 2; Filed: $124.21; Reference: | 7100-000 | | 21.53 | 4,227.66 |
| 06/21/13 | 106 | FIA CARD SERVICES, N.A. | Dividend paid 17.33% on $3,171.50; Claim# 3; Filed: $3,171.50; Reference: | 7100-000 | | 549.76 | 3,677.90 |
| 06/21/13 | 107 | CERASTES, LLC | Dividend paid 17.33% on $3,382.00; Claim# 4; Filed: $3,382.00; Reference: | 7100-000 | | 586.25 | 3,091.65 |
| 06/21/13 | 108 | American Express Centurion Bank | Dividend paid 17.33% on $3,821.45; Claim# 5; Filed: $3,821.45; Reference: | 7100-000 | | 662.43 | 2,429.22 |
| 06/21/13 | 109 | American Express Centurion Bank | Dividend paid 17.33% on $981.67; Claim# 6; Filed: $981.67; Reference: | 7100-000 | | 170.17 | 2,259.05 |
| 06/21/13 | 110 | eCAST Settlement Corporation, assignee | Dividend paid 17.33% on $13,032.10; Claim# 7; Filed: $13,032.10; Reference: | 7100-000 | | 2,259.05 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 8,741.43 | 8,741.43 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 8,741.43 | 8,741.43 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$8,741.43** | **$8,741.43** |

Account Balance: $0.00

{} Asset reference(s)            Printed: 08/19/2013 10:21 AM   V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-44958-BWB  
**Case Name:** CREGLOW, KEITH  
CREGLOW, CAROL  
**Taxpayer ID #:** **-***6556  
**Period Ending:** 08/19/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****919466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | **Checking # ****919466** | | 8,741.43 | 8,741.43 | 0.00 |
| | | | | | $8,741.43 | $8,741.43 | $0.00 |

August 19, 2013                                    /s/ THOMAS B. SULLIVAN, TRUSTEE  
_____                             _____  
Date                                                THOMAS B. SULLIVAN, TRUSTEE

{} Asset reference(s)                               Printed: 08/19/2013 10:21 AM    V.13.13